United Newspaper Magazine Corporation, appellant, v. United Advertising Companies, Inc., appellee. Gen. No. 40,116.

 Heard in the first
division of this court for the first district at the June term, 1938.
 Opinion filed October 31,
1938.

Bayley, Webster, Gregory & Hunter, for appellant; Robert E.
Covert and Thornton M. Pratt, of counsel. Chadwick & Johnson,
for appellee; Rudolph L. Johnson and Cecil L. Cass, of counsel.

Mr. Justice Matchett delivered the opinion of the court.